To: Whom This May Concern. Att: United States District Court Middle District of Florida Jacksonville Division
From: Andre Alston #60759-018
Re: USA v. Alston #3:13-cr-00124-MMH-MCR-1
Issues: Wrongful Conviction, 6th Speedy Trial Constitutional Right Violated, 5th Due Process To Notice Constitutional Right Violated, In The United States District Court Middle District of Florida (Jacksonville).

After A Case Review USA v. Alston

Argument

In The Case of USA v. Alston Case #3:13-cr-00124-MMH-MCR-1 Andre Alston Is Wrongfully Convicted In And By The United States District Court Middle District of Florida Jacksonville. After A Case Review Alston has Discovered That his Case was Reassigned on 1-8-2014 with A New Case Number (See Alston Record Criminal Docket Sheet) Now Alston was Never Given Notice About The Change Nor The Reassignment That Took place (See Alston Record) Which Is A Clear 5th Constitutional Due Process To Notice Right Violation And Alston Is Also Wrongfully Convicted Because his 6th Constitutional Speedy Trial Right Is Violated Under The Interstate Agreement On Detainer Act (I.A.D.A.). On 9-11-2013 Alston filed A I.A.D.A. with The Above Stated Court Under Case Number As Seen On his Indictment #3:13-cr-124-J99-MMH-MCR-1 (See Alston Indictment Also His I.A.D.A. form). And Alston was Never Tried Nor Sentanced

within 180 days As Stated under The I.A.D.A. Rule form Alston filed on 9-11-2013. Now for The Record The Case Number That's on Alston Criminal Docket Sheet Is Also Incorrect It Reads: 3:13-cr-00124-MMH-MCR-1 when It's supose To Be The Same As The Case Number on his Indictment which The Grand Jury presented 3:13-cr-124-J99-MMH-MCR-1 So Alston Can Clearly prove falsifing A Record Cause His Indictment was Not Resubmitted To The Grand Jury To have This Change / Re-Assignment done At And And The Record Clearly Shows That This Is True And Alston Is wrongfully Convicted In The United States District Court Middle District of florida Jacksonville And Alston Is Seeking legal Representation on his Behalf from The Above Stated Court So These's Issues And wrongfull Conviction Can Be Addressed To The Above Stated Court The Correct And Right Way In Any Motion's forms.

Alston Seeks The following Relief:

That Counsel Be Appointed on Alston Behalf To Take Care of These's Issues. Alston Is Indigency And Pro-Se At This Time And Asking for legal Assistance By Counsel. legal Representation.

/s/ Alst A___

7- -2021

4-3

7-7-21

Case Title: USA .V. Alston

Title: Wrongful Conviction Case: USA .V. Alston # 3:13-CR-00124-MMH-MCR-1

Issues: Alston 6th Speedy Trial Constitutional Right is Violated In The United States District Courts Middle District of Florida (Jacksonville Division) Also Alston 5th Due Process To Notice Constitutional Right is Violated In The United States District Courts Middle District of Florida (Jacksonville Division).

To Support Theses Issues Alston Can Show The following Edivance: (6th Speedy Trial Constitutional Right Violation) Now

1. On 6-20-13 A (1) count Indictment was handed down By A Grand Jury out of The Middle District of Florida Jacksonville Division with Case # As Seen; 3:13-CR-124-J99-MMH-MCR-1 Assigned To it By The Grand Jury To J.d. his Case.

2. Alston Can Show That A Detainer was lodge Against him By The ATF out of Jacksonville for The 1 count Indictment Case # 3:13-CR-124-J99-MMH-MCR-1 while he was In Florida Department of Correctional Institutional Mayo-C.I. And he was Giving Notice of The Detainer Along with The Case file Number. Now Also Mr. Alston Can Show That he was Giving A fair Right To Excise his 6th Constitutional Speedy Trial Right for The Above Stated Indictment And Case file Number 3:13-CR-124-J99 which on 9-11-13 Alston Can Show Theses A I.A.D.A. form That he Demand his 6th Constitutional Speedy Trial Right for The Above Stated

Indictment And Case file Number 3:13-CR-124-J99 (See Interstate Agreement On Detainer Act form filed And Signed By Alston on 9-11-13) And To support The filing Alston Can show And prove That The I.A.D.A. forms went Into The Mail Box System At Mayo C.I. After he Signed And demand His 6th Constitutional speedy Trial Right which Clearly makes Alston I.A.D.A. forms Deemed As filed In The Courts And Also Triggers The 180 day Time period under The I.A.D.A. Rule To have Alston Tried And Sentenced To The Said Case Number 3:13-CR-124-J99-MMH-MCR-1 Stated In The I.A.D.A Forms And Indictment.

    3. Alston Can show That on 4-1-14 The 180 days Time period To have him Tried And Sentenced Passed On The USA, Threw A handwritten letter That was written 21 days After The 180 days To The ATF And Signed plus Initial plus Dated 4-22-14 At Mayo. C.I. (see letter) Now Alston Indictment According To The I.A.D.A. Rule Once The 180 days passed And he was'ent Tried Nor Sentenced Is To Be Dismissed with prejudice meaning No Re-filing By No parties Involved. So Therefore Alston Indictment Is To Be Dismissed with prejudice.

Edivance
3:13-CR-124-J99-MMH-MCR-1

1. Indictment   2. Detainer/Arrest warrent
3. I.A.D.A.    4. Letter To ATF

(Instead)

Next Alston 5th Due Process To Notice Constitutional Right Is Violated In The United States District Court Middle District Of Florida (Jacksonville Division)

To support this issues Alston can show the following evidence: (5th Constitutional Due Process To Notice Right Violation)

1. On 1-8-14 Alston Case was Reassigned with a New Case Number : 3:13-cr-124-J-34MCR And Alston was Not Giving Notice About The Reassignment And New Case Number (See Criminal Docket Sheet) Page 3 of 19 # 5 6, ECT)

2. Now under federal law if any charge is made in a case all partyies involved are to be givens Notice of charge along with the reason why plus the opportunity to object to the charge.

Now under federal law a Indictment can not Charged without being Resubmission to the Grand Jury whom present it. And in Alston Case he can show that a charge was made in his Indictment without being Resubmission to the Grand Jury whom present it (See Case file) This is a Violation of Alston 5th Due Process To Notice Right.

Now to close the Due Process Claim our Alston can show that under the charge case number his imprisonment was obtain in violation of the law (Constitutional law) and a unfair motion to dismiss hearing was held with no rightful jurisdiction on 9-3-14, and also Alston can show that during this unfair Motion To Dismiss Hearing that ineffective assistance of counsel took place by his attorney, that perjury took place by USA witness, that subnation of perjury took place by USA, that false testimony was giving, that sufficient evidence was withheld, prosecutional misconduct took place, also judicial misconduct, Rule 11 violation took place, and his ruling that was made by the court is incorrect/wrongful.

Also Alston can show that his sentenced of 180 months in the F.B.O.P. followed by 60 months supervised release. Also $100.00 assessment fee held on 11-28-16 is illegal and wrongful. And he is being illegal detained.

How? Because the Case # he is sentenced under is incorrect and invalid do to Alston was not giving a fair process as stated by Federal law.

To close this our Alston can prove the following: falsing of record and false imprisonment.

And The Relief Sought

Alston is Asking to Be Immediatly Released from The F.B.O.P. And he Be Rewarded A Compathosion for his false Imprisonment / wrongful Conviction

/S/ [signature]

Mr. Alston,

The Unit Team can not order an imediate Release from Custody. Only a Federal Court Judge can order a release from custody. I am attaching copies of your sentence compand J&C, to aide you in understanding your situation. If you wish to schedule a legal call, you may do so by contacting your Counselor, Mr. Graham. You may use the law library resources to prepare any legal action.

"Certificate of Service"

I Hereby Certify That A True Copy Pro-Se Is True To The Best of my knowledge, Said Copies were placed In A pre-paid Envelopes And placed In The Institutional Mail on 07/__/2021 Pursant To 28 U.S.C. §1746, The foregoing has Been Sworn To under The penalty of perjury.

Andre Alston #60759-018
Ausp - Thomson
P.O. Box 1002
Thomson, IL 61285
07/19/2021

/S/ [signature]

Frank Merrill Talbot, II
U.S. Attorney's Office - FLM
Suite 700, 300 N. Hogan Street
Jacksonville, FLA 32202

Att' Address Is Subject To Change
I will Notifiey you All If It do
I'll Notifiey you In writing.